565 A.2d 1143

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Paul J. O'DONNELL, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1989.

Filed Nov. 17, 1989.

Paul R. Mazzoni, Robert A. Mazzoni, Scranton, James J. Walker, Carbondale, for appellant.

Andrew J. Jarbola, Dist. Atty., James T. Mulligan, Scranton, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

The issue raised in this appeal is controlled by *Commonwealth v. Johnson*, 520 Pa. 165, 553 A.2d 897 (1989). The Order of the Superior Court is affirmed.